IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Kenneth Alan McGee and<br>Pamela Diane McGee, | ) )<br>) | |
| | ) | C.A. No. 4:08-cv-2996- TLW-SVH |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| CitiMortgage, Inc., Successor to ABN<br>Amro Mortgage Group, Inc., and ABN<br>Amro Mortgage Group, Inc., | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Shiva V. Hodges, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In her Report, Magistrate Judge Hodges recommends that the defendants' motion to dismiss be granted and that this matter be dismissed with prejudice. The Report was filed on June 17, 2010. Plaintiffs have filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

A review of the record indicates that the Report accurately summarizes this case and the applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 46), defendants' motion to dismiss is **GRANTED** (Doc. # 33), and this matter is **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

                                    s/ Terry L. Wooten
                                    **TERRY L. WOOTEN**
                                    **UNITED STATES DISTRICT JUDGE**


July 22, 2010
Florence, South Carolina